| | |
|---|---|
| J. KEVIN LILLY, SBN 119981<br>IAN WADE SBN 229150<br>AMIR NAYEBDADASH, SBN 232204<br>LITTLER MENDELSON<br>A Professional Corporation<br>2049 Century Park East<br>5th Floor<br>Los Angeles, CA  90067.3107<br>Telephone:  310.553.0308<br>Facsimile:   310.553.5583<br>E-mail: klilly@littler.com<br>E-mail: anayebdadash@littler | JS-6 |

Attorneys for Defendant
TUTOR TIME LEARNING CENTERS, LLC,
*ERRONEOUSLY SUED AS* TUTOR TIME CHILD CARE LEARNING CENTER

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| YVETTE BRIONES,<br><br>  Plaintiff,<br><br>v.<br><br>TUTOR TIME CHILD CARE LEARNING CENTER, a Florida corporation; TUTOR TIME LEARNING CENTERS, LLC, a Michigan Limited Liability Company; and DOES 1 – 20, inclusive,<br><br>  Defendants. | Case No.  EDCV11-01635 CJC (JEMx)<br><br>ASSIGNED FOR ALL PURPOSES TO JUDGE CORMAC J. CARNEY<br><br>**[PROPOSED] ORDER GRANTING THE PARTIES' STIPULATION TO DISMISS ACTION WITH PREJUDICE PURSUANT TO RULE 41(A)(1)(II)** |

LITTLER MENDELSON
A Professional Corporation
2049 Century Park East
5th Floor
Los Angeles, CA  90067.3107
310.553.0308

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| YVETTE BRIONES,<br><br>　　　　　Plaintiff,<br><br>v.<br><br>TUTOR TIME CHILD CARE LEARNING CENTER, a Florida corporation; TUTOR TIME LEARNING CENTERS, LLC, a Michigan Limited Liability Company; and DOES 1 – 20, inclusive,<br><br>　　　　　Defendants. | Case No.  EDCV11-01635 CJC (JEMx)<br><br>ASSIGNED FOR ALL PURPOSES TO JUDGE CORMAC J. CARNEY<br><br>**ORDER GRANTING THE PARTIES' STIPULATION TO DISMISS ACTION WITH PREJUDICE PURSUANT TO RULE 41(A)(1)(II)** |

LITTLER MENDELSON
A Professional Corporation
2049 Century Park East
5th Floor
Los Angeles, CA  90067.3107
310.553.0308

2.

1    Based on the Stipulation of the Parties, this case is dismissed with
2  prejudice pursuant to Rule 41(A)(1)(II).

4  **IT IS SO ORDERED:**

7  Dated:   December 16, 2011

_____
JUDGE CORMAC J. CARNEY
UNITED STATES DISTRICT COURT

Firmwide:105651029.1 061423.1018

LITTLER MENDELSON
A Professional Corporation
2049 Century Park East
5th Floor
Los Angeles, CA  90067.3107
310.553.0308

3.