J. KEVIN LILLY, SBN 119981
IAN WADE SBN 229150
AMIR NAYEBDADASH, SBN 232204
LITTLER MENDELSON
A Professional Corporation
2049 Century Park East
5th Floor
Los Angeles, CA  90067.3107
Telephone:  310.553.0308
Facsimile:   310.553.5583
E-mail: klilly@littler.com
E-mail: anayebdadash@littler

JS-6

Attorneys for Defendant
TUTOR TIME LEARNING CENTERS, LLC,
*ERRONEOUSLY SUED AS* TUTOR TIME CHILD
CARE LEARNING CENTER

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| YVETTE BRIONES,<br><br>Plaintiff,<br><br>v.<br><br>TUTOR TIME CHILD CARE LEARNING CENTER, a Florida corporation; TUTOR TIME LEARNING CENTERS, LLC, a Michigan Limited Liability Company; and DOES 1 – 20, inclusive,<br><br>Defendants. | Case No.  EDCV11-01635 CJC (JEMx)<br><br>ASSIGNED FOR ALL PURPOSES TO JUDGE CORMAC J. CARNEY<br><br>**[PROPOSED] ORDER GRANTING THE PARTIES' STIPULATION TO DISMISS ACTION WITH PREJUDICE PURSUANT TO RULE 41(A)(1)(II)** |

LITTLER MENDELSON
A PROFESSIONAL CORPORATION
2049 Century Park East
5th Floor
Los Angeles, CA  90067.3107
310.553.0308

1
2
3
4
5
6
7

8                    UNITED STATES DISTRICT COURT
9                    CENTRAL DISTRICT OF CALIFORNIA

10 | YVETTE BRIONES, | Case No. EDCV11-01635 CJC (JEMx)
11 | Plaintiff, | ASSIGNED FOR ALL PURPOSES TO JUDGE CORMAC J. CARNEY
12 | v. |
13 | TUTOR TIME CHILD CARE LEARNING CENTER, a Florida corporation; TUTOR TIME LEARNING CENTERS, LLC, a Michigan Limited Liability Company; and DOES 1 – 20, inclusive, | **ORDER GRANTING THE PARTIES' STIPULATION TO DISMISS ACTION WITH PREJUDICE PURSUANT TO RULE 41(A)(1)(II)**
17 | Defendants. |

LITTLER MENDELSON
A PROFESSIONAL CORPORATION
2049 Century Park East
5th Floor
Los Angeles, CA 90067.3107
310.553.0308

2.

Based on the Stipulation of the Parties, this case is dismissed with prejudice pursuant to Rule 41(A)(1)(II).

**IT IS SO ORDERED:**

Dated: December 16, 2011

_____
JUDGE CORMAC J. CARNEY
UNITED STATES DISTRICT COURT

Firmwide:105651029.1 061423.1018

LITTLER MENDELSON
A Professional Corporation
2049 Century Park East
5th Floor
Los Angeles, CA 90067.3107
310.553.0308

3.